69 A.3d 116

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. TYRONE STEELE, DEFENDANT–RESPONDENT.

May 23, 2013.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.

69 A.3d 116

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. YOLANDA TERRY AND TERON SAVOY, DEFENDANTS.

July 12, 2013.

It is ORDERED that the motion for leave to appeal is granted.

69 A.3d 116

STATE OF NEW JERSEY IN THE INTEREST OF A.B.

July 19, 2013.

It is ORDERED that the motion of the State of New Jersey for leave to appeal is granted.